# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 317 EAL 2021 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| WAYNE PRATER, | : | |
| | : | |
| Petitioner | : | |

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 318 EAL 2021 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| WAYNE PRATER, | : | |
| | : | |
| Petitioner | : | |

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 319 EAL 2021 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| WAYNE PRATER, | : | |
| | : | |
| Petitioner | : | |

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 320 EAL 2021 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |

WAYNE PRATER,                                    :
                                                 :
                Petitioner                       :
                                                 :
COMMONWEALTH OF PENNSYLVANIA,                     :   No. 321 EAL 2021
                                                 :
                Respondent                       :
                                                 :
                                                 :   Petition for Allowance of Appeal
                                                 :   from the Order of the Superior Court
          v.                                     :
                                                 :
                                                 :
WAYNE PRATER,                                    :
                                                 :
                Petitioner                       :
                                                 :
COMMONWEALTH OF PENNSYLVANIA,                     :   No. 322 EAL 2021
                                                 :
                Respondent                       :
                                                 :
                                                 :   Petition for Allowance of Appeal
                                                 :   from the Order of the Superior Court
          v.                                     :
                                                 :
                                                 :
WAYNE PRATER,                                    :
                                                 :
                Petitioner                       :

## **ORDER**


**PER CURIAM**

    **AND NOW**, this 1st day of December, 2021, the Petition for Allowance of Appeal is **DENIED**.